UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
SACHISKIN PTE, LTD.,                                              :
                                                                  :
                            Plaintiff,                            :    23-CV-3998 (JMF)
                                                                  :
            -v-                                                   :    ORDER
                                                                  :
SEEMARK BRANDS, INC. d/b/a CURRENT STATE,                         :
et al.,                                                           :
                                                                  :
                            Defendants.                           :
                                                                  :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Defendants' new motion to dismiss, *see* Docket No. 25, Defendants' earlier motion to dismiss filed at Docket No. 19 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by September 25, 2023. Defendants' reply, if any, is due by October 2, 2023.

      The Clerk of Court is directed to terminate Docket No. 19.

      SO ORDERED.

Dated: September 8, 2023
       New York, New York
                                                  JESSE M. FURMAN
                                         United States District Judge